**FILED**
April 26, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU
                    DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| TERESA HERNANDEZ, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. SA-20-CV-0711-OLG |
| MIDLAND CREDIT MANAGEMENT, INC., | § § § § | |
| *Defendant*. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

On April 5, 2021, the parties filed a notice advising the Court that the parties had reached a settlement (*see* docket no. 11). Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to administratively close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so ORDERED.

Signed this  26th  day of April, 2021.

_____
ORLANDO L. GARCIA
Chief United States District Judge